**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 15-6254

CURTIS JEROME BROWN, SR., a/k/a Curtis J. Brown, Sr., a/k/a
Curtis Jerome Brown,

Petitioner – Appellant,

v.

UNITED STATES OF AMERICA; US PROBATION OFFICE,

Respondents - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  David C. Norton, District Judge.
(2:14-cv-04340-DCN)

Submitted:  June 18, 2015              Decided:  June 23, 2015

Before SHEDD, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Curtis Jerome Brown, Sr., Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Curtis Jerome Brown, Sr., appeals the district court's order accepting the recommendation of the magistrate judge and dismissing, without prejudice, Brown's petition for a writ of mandamus. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Brown v. United States, No. 2:14-cv-04340-DCN (D.S.C. Jan. 30, 2015). We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2